IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELCOR LODGING TRUST, INC., a Maryland corporation, and FELCOR/CSS HOLDINGS, L.P., a Delaware limited partnership,<br><br>    Plaintiffs,<br><br>  v.<br><br>COMMERCE & INDUSTRY INSURANCE COMPANY, a New York corporation,<br><br>    Defendant.<br>_____ / | No. C 15-01221 WHA<br><br>**ORDER GRANTING STIPULATION RE RESPONSIVE PLEADING** |

The parties' stipulation to extend the time for defendant to respond to the complaint from April 6 to April 20 is hereby **GRANTED** (Dkt. No. 15).

**IT IS SO ORDERED.**

Dated: April 6, 2015.

                                       WILLIAM ALSUP
                                       UNITED STATES DISTRICT JUDGE