IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELCOR LODGING TRUST, INC., a Maryland corporation, and FELCOR/CSS HOLDINGS, L.P., a Delaware Limited Partnership,<br><br>    Plaintiffs,<br><br>  v.<br><br>COMMERCE & INDUSTRY INSURANCE COMPANY, a New York corporation,<br><br>    Defendant.<br>_____/ | No. C 15-01221 WHA<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS** |

For the reasons stated at the May 27 hearing, defendant's motion to dismiss is **GRANTED**, without prejudice to a future motion to dismiss.

Plaintiffs have until **JUNE 17, 2015 AT NOON** to file an amended complaint.

**IT IS SO ORDERED.**

Dated: May 27, 2015.

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE