Adam C. Dawson, Esq. (State Bar No. 136551)
  adawson@fbm.com
Erica Villanueva, Esq. (State Bar No. 233148)
  evillanueva@fbm.com
Unnati Gandhi, Esq. (State Bar No. 278340)
  ugandhi@fbm.com
FARELLA BRAUN + MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiffs
FELCOR LODGING TRUST INCORPORATED
and FELCOR/CSS HOLDINGS, L.P.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FELCOR LODGING TRUST INCORPORATED, a Maryland corporation, and FELCOR/CSS HOLDINGS, L.P., a Delaware Limited Partnership,<br><br>Plaintiff,<br><br>vs.<br><br>COMMERCE & INDUSTRY INSURANCE COMPANY, a New York corporation,<br><br>Defendant. | Case No. 3:15-cv-01221-WHA<br><br>**JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

JOINT STIP. TO CONT. INITIAL CMC
CASE NO. 3:15-cv-01221-WHA

31003\4939705.1

1    Plaintiffs FELCOR LODGING TRUST INCORPORATED and FELCOR/CSS
2    HOLDINGS, L.P. ("Plaintiff") and Defendant COMMERCE & INDUSTRY INSURANCE
3    COMPANY ("Defendant"), by and through their respective counsel, hereby stipulate as follows:
4    WHEREAS the Initial Case Management Conference previously set for June 17, 2015
5    was rescheduled to June 25, 2015 at 11 a.m. before the Honorable William Alsup in Courtroom 8,
6    19th Floor, Philip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, California
7    94102;
8    WHEREAS, pursuant to the Clerk's Amended Notice dated June 17, 2015, the Initial
9    Case Management Conference was rescheduled to July 2, 2015 at 8 a.m.;
10   WHEREAS lead counsel for Plaintiff is unavailable to attend the Initial Case Management
11   Conference on July 2, 2015 at 8 a.m. due to previously scheduled conflicts – specifically, Ms.
12   Villanueva must appear in Los Angeles Superior Court at a Case Management Conference
13   scheduled for 8:30 a.m. that same date, and Mr. Dawson will be traveling outside of California;
14   WHEREAS, lead counsel for Defendant, Ms. Weinreich, is required to report for jury duty
15   during the week of July 6, 2015;
16   WHEREAS, on July 17, 2015, the parties participated in a mediation, as a result of which
17   they agreed to fully and finally resolve this matter, and signed a fully enforceable Stipulation for
18   Settlement enforceable under California Code of Civil Procedure Section 664.6 to that effect;
19   WHEREAS, the terms of the settlement agreement state that Defendant will pay a
20   confidential sum within 90 days of execution of a more formal settlement agreement, and Plaintiff
21   will thereafter file a dismissal with prejudice;
22   WHEREAS, Defendant has drafted the more formal settlement agreement, which is being
23   reviewed by Plaintiff;
24   WHEREAS, Plaintiff and Defendant do not object to continuing the Initial Case
25   Management Conference currently set for July 2, 2015 to 90 days from then (October 1, 2015 at 8
26   a.m.) or as soon thereafter as the Court's calendar permits.  Should the Court be disinclined to
27   continue the Initial Case Management Conference to October 1, 2015, the parties request that the
28   Initial Case Management Conference be continued to one of July 16, July 23, August 13, August

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

JOINT STIP. TO CONT. INITIAL CMC
CASE NO. 3:15-cv-01221-WHA                - 2 -                          31003\4939705.1

1  20 or August 27, 2015.

2      IT IS HEREBY STIPULATED by Plaintiff and Defendant, by and through their respective counsel of record, that the Initial Case Management Conference currently scheduled for July 2, 2015 at 8 a.m. be continued to October 1, 2015 at 8 a.m., or as soon thereafter as the Court's calendar permits.  If the matter has not been dismissed, the parties' joint case management statement shall be due seven days prior to the Initial Case Management Conference.

    IT IS SO STIPULATED.

Dated: June 18, 2015

FARELLA BRAUN + MARTEL LLP

By: /s/ Erica Villanueva
    Adam C. Dawson
    Erica Villanueva
    Unnati Gandhi

Attorneys for Plaintiffs
FELCOR LODGING TRUST
INCORPORATED and FELCOR/CSS
HOLDINGS, L.P.

Dated: June 18, 2015

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Rebecca R. Weinreich
    Rebecca R. Weinreich
    Roger S. Raphael

Attorneys for Defendant
COMMERCE & INDUSTRY INSURANCE COMPANY

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

JOINT STIP. TO CONT. INITIAL CMC
CASE NO. 3:15-cv-01221-WHA
- 3 -
31003\4939705.1

1 **E-FILER'S ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i):**

2   I, Erica Villanueva, attest that concurrence in the filing of the JOINT STIPULATION TO
3 CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
4 has been obtained from each of the other signatories.

5   Executed this 18th day of June, 2015, at San Francisco, California.

RESPECTFULLY SUBMITTED,

FARELLA BRAUN + MARTEL LLP

By: /s/ Erica Villanueva
    Adam C. Dawson
    Erica Villanueva
    Unnati Gandhi

Attorneys for Plaintiffs
FELCOR LODGING TRUST INCORPORATED
AND FELCOR/CSS HOLDINGS, L.P.

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

JOINT STIP. TO CONT. INITIAL CMC
CASE NO. 3:15-cv-01221-WHA

- 4 -

31003\4939705.1

1 **[PROPOSED] ORDER**

2   The parties have stipulated to continue the Initial Case Management Conference currently
3 set for July 2, 2014 at 8 a.m. to October 1, 2015 at 8 a.m.  Finding that the requested change in
4 the schedule is not made for an improper purpose, and that the modification will further the
5 interests of justice, the Court hereby grants the parties' joint stipulation.  The Court hereby
6 VACATES the July 2, 2015 status conference and HEREBY SETS the Initial Case Management
7 Conference for  July 23, 2015, at  11:00 a.m.
8   PURSUANT TO STIPULATION, IT IS SO ORDERED.

12 Dated: June 19,          , 2015



William H. Alsup
District Judge

Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

JOINT STIP. TO CONT. INITIAL CMC
CASE NO. 3:15-cv-01221-WHA

- 5 -

31003\4939705.1