IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELCOR LODGING TRUST, INCORPORATED, A Maryland corporation, and FELCOR/CSS HOLDINGS, LP., a Delaware Limited Partnership,<br><br>    Plaintiffs,<br><br>  v.<br><br>COMMERCE & INDUSTRY INSURANCE COMPANY, a New York corporation,<br><br>    Defendant. | No. C 15-01221 WHA<br><br>**ORDER RE NOTICE OF SETTLEMENT** |

The Court acknowledges and thanks the parties for the notice of settlement in the captioned matter but cautions that all deadlines are in place until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: July 21 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE