IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FELCOR LODGING TRUST, INC., and
FELCOR/CSS HOLDINGS, L.P.,

    Plaintiffs,

  v.

COMMERCE & INDUSTRY
INSURANCE COMPANY,

    Defendant.

No. C 15-01221 WHA

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**

The parties have filed a stipulated joint motion to dismiss this action with prejudice as they have resolved and settled all claims in the above-captioned action. Good cause shown, this action is hereby **DISMISSED WITH PREJUDICE**. All attorney's fees, costs, and expenses shall be borne by each party incurring the same.

The case management conference scheduled for October 8 is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: August 24, 2015.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE